UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23061-CIV-MARTINEZ-SANCHEZ

ON CLOUDS GMBH,

    Plaintiff,

v.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Default Final Judgment, (ECF No. 40). (ECF No. 41). On September 15, 2025, Judge Sanchez filed a Report and Recommendation recommending that the Plaintiff's Motion for Entry of Default Final Judgment, (ECF No. 40), be **GRANTED**. (ECF No. 47). This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to so object has passed. After careful consideration, it is:

**ADJUDGED** that Judge Sanchez's Report and Recommendation, (ECF No. 47), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that Plaintiff's Motion for Entry of Default Final Judgment, (ECF No. 40), is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of September, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record